IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen<br>Court Reporter:      Gwen Daniel | Date:  August 2, 2012<br>Probation: Veronica Ramirez and Darren Streich |

_____

| | |
|---|---|
| Criminal Action No.   12-cr-00007-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Hayley E. Reynolds |
|         Plaintiff, | |
| v. | |
| ADRIAN GOMEZ-ROSALES<br>a/k/a Jesse Catalan, | Virginia L. Grady |
|         Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

03:00 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Reynolds)

Sentencing Statement (by Ms. Grady)

1

The Court addresses the Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b) (ECF No. 18).

**ORDERED:   The Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b) (ECF No. 18) is GRANTED.**

The Court addresses the Defendant's Motion for Below-Guideline Statutory or "Variant" Sentence (ECF No. 16).

Argument (by Ms. Grady)

Response Argument (by Ms. Reynolds)

Defendant's Allocution

**ORDERED:   The Defendant's Motion for Below-Guideline Statutory or "Variant" Sentence (ECF No. 16) is GRANTED IN PART.**

Defendant plead guilty to Count One of the Indictment on April 13, 2012.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Adrian Gomez-Rosales, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

>**The Defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**
>
>**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

| | |
|---|---|
| 03:37 p.m. | Court in Recess |
| | Hearing concluded |
| | Time: 37 minutes |